UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS WORMUTH, M.D.,
        Plaintiff(s),

   v.

RAUL V. AGUILAR, et al.,
        Defendant(s).

No. C 03-3943 VRW (BZ)

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Having read the Declaration of Thomas J. D'Amato dated October 21, 2005, **IT IS HEREBY ORDERED** that the Order To Show Cause issued on September 8, 2005 is **DISCHARGED.**

DATED: October 26, 2005

                Bernard Zimmerman
            United States Magistrate Judge

G:\BZALL\-REFS\REFS.05\WORMUTH OSC.DISCHARGE.wpd

1